IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT HARBOR, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:10-cv-361-LED-JDL |
| v. | § § | |
| FUNAI CORPORATION, | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

## VERDICT FORM

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

**Question No. 1:**    **Infringement**

Has Plaintiff Patent Harbor, LLC proven by a preponderance of the evidence that each of the following exemplary products and the corresponding product groups infringes Claim 1 of the '514 Patent?

| DVD Recorder Product Group | Exemplary DVD Recorder | Yes | No |
|---|---|---|---|
| Group 1A | EWR10D4 | ✓ | |
| Group 1B | EWR20V5 | ✓ | |
| Group 2A | H2160MW9 | ✓ | |
| Group 2B | DVR90DG | ✓ | |
| Group 2C | ZV450SL8 | ✓ | |
| Group 3 | EWH100F | ✓ | |

*Go on to Question No. 2.*

Question No. 2:     Validity

Has Defendant Funai Corporation, Inc. proven by clear and convincing evidence that Claim 1 of the '514 Patent is invalid for any of the following reasons? "Yes" means the claim is invalid, and "No" means the claim is not invalid.

    A.    Because it was anticipated by the prior art?

        Yes _____    No ✓

    B.    Because it was obvious in view of the prior art to one of ordinary skill in the art?

        Yes _____    No ✓

    C.    Because it is not enabled?

        Yes _____    No ✓

*If you have answered "Yes" to any subpart of Question No. 1 and "No" to all subparts of Question No. 2, go on to Question No. 3. Otherwise, do not answer Question No. 3, but have the Foreperson sign the verdict form and notify the Security Officer that you have reached a verdict.*

**Question No. 3:      Damages**

What sum of money, if paid now in cash, do you find Plaintiff Patent Harbor, LLC has proven by a preponderance of the evidence would fairly compensate it for any infringement you have found? Answer in U.S. dollars and cents for a reasonable royalty.

$ 608,373.00

*Your work is now finished. Have the Foreperson sign and date the verdict form and notify the Security Officer that you have reached a verdict.*

**FOR THE JURY:**

Date: 12-17-2012