**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PATENT HARBOR, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 6:10-cv-00361-LED |
| v. | § | |
| | § | |
| **AUDIOVOX CORPORATION,** *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that, based upon the entry of a Joint Stipulation of Non-Infringement (Dkt. No. 399), Patent Harbor shall have and recover nothing on its claim for infringement of United States Patent No. 5,977,992 ("the '992 patent") against Defendants: Audiovox Corporation; Audiovox Electronics Corporation; Best Buy Co., Inc.; Denon Electronics (USA), LLC; Imation Corporation; RadioShack Corporation; and VIZIO, Inc.  Each party shall bear its own expenses, costs of court, and attorneys' fees.

All relief not granted in this judgment is **DENIED**.

**This JUDGMENT is FINAL.**

So ORDERED and SIGNED this 21st day of March, 2013.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**